IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:25-cr-7 |
| JASON CHAPMAN, | |
| Defendant. | |

**O R D E R**

On December 23, 2025, the parties filed their Joint Status Report.  Doc. 25.  In that Report, the parties advised the Court that there are pending pretrial motions filed in this case, docs. 15-23, which remain unresolved.  Defendant requested oral argument on the Motion for Notice by the Government of its Intent to Use Evidence Arguably Subject to Suppression, doc. 15, Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment and Memorandum of Law in Support Thereof, doc. 16, Motion for Disclosure of Impeachment Evidence and Memorandum of Law, doc. 17, Motion to Determine Existence of Confidential Informant or Source and Incorporated Memorandum of Law, doc. 18, and Motion for Notice by the Government of the Intention to Rely Upon Other Crimes Evidence and Memorandum of Law, doc. 19.  The Court conducted a Motions hearing on January 9, 2026 to take up oral argument by the parties.  The Court made certain oral rulings from the bench and this Order memorializes those rulings.

Based on the information provided by the parties during the Motions hearing, and for the reasons stated at the hearing, Defendant's Motions, docs. 15-20 and docs. 22-23, are **DENIED as moot**.  Defendant's Motion to Participate in Voir Dire, doc. 21, is **DENIED**.  The presiding

district judge will conduct void dire.  The parties shall have an opportunity to present any proposed voir dire questions or follow-up questions for the presiding district judge to consider asking.

**SO ORDERED**, this 12th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA